Barry N. Gutterman, Esq. (BG6410)
Robert Briere, Esq. (RB6080)
Barry N. Gutterman & Associates, P.C.
Attorneys for Defendant
Intransit Container, Inc.
60 East 42nd Street, 46th Floor
New York, New York 10165
(212) 983-1466

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------X
FULLER BOX CO., INC.

       Plaintiff,

                                  ECF CASE

v.

OOCL (USA) INC., and INTRANSIT CONTAINER, INC.    07 CIV 9375 (Judge Stein)

       Defendants.                          **LOCAL RULE**
                                                         **7.1 STATEMENT**

---------------------------------------------------------------------------

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable the Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Intransit Container, Inc., a non-governmental, corporate party, certifies for purposes of Rule 7.1 only that the following are corporate parents of Intransit Container, Inc. or publicly held corporations that own 10% or more of Intransit Container Inc.'s stock:

     **NONE**

Dated: New York, New York
       November 7, 2007

                By: /s/ Barry Gutterman
                Barry N. Gutterman, Esq. (BG-6410)
                Robert Briere, Esq. (RB6080)
                Barry N. Gutterman Associates, P.C.
                60 East 42nd Street, 46th Floor
                New York, New York, 10165
                (212) 983-1466

                Attorneys for Defendant
                Intransit Container, Inc.

TO:    Patrick J. Corbett, Esq. (PC 2076)
       Rubin, Fiorella & Friedman LLP
       292 Madison Avenue, 11th Floor
       New York, New York 10017
       Tel:  (212) 953-2381

       Attorneys for Plaintiff


       OOCL (USA) INC.
       2633 Camino Ramon, Suite 400
       San Ramon, California 94583


IT2806.7.1