USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12\17\07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

FULLER BOX CO., INC.,                                   :       07 Civ. 9375 (SHS)

                          Plaintiff,                    :

              -against-                                 :       ORDER

OCCL (USA) INC., *ET ANO*,                              :

                          Defendants.                   :

-------------------------------------------------------------------x


SIDNEY H. STEIN, U.S. District Judge.

      A pretrial conference having been held today, with counsel for all parties present,

      IT IS HEREBY ORDERED that the next conference is scheduled for January 3,

2008, at 10:00 a.m.


Dated: New York, New York
      December 14, 2007

                           SO ORDERED:

                                   Sidney H. Stein, U.S.D.J.