UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FULLER BOX CO., INC.

              Plaintiff,

   -against-

OOCL (USA) INC. and INTRANSIT
CONTAINER, INC.

             Defendants.
------------------------------------------------------------X

07 Civ. 9375

**OOCL'S RULE 7.1
DISCLOSURE
STATEMENT**

Pursuant to Rule 7.1 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York to enable judges and magistrates of the court to evaluate possible disqualifications or recusal, the undersigned attorney of record for the Defendant certifies that ORIENT OVERSEAS CONTAINER LINE LIMITED has no corporate parents, subsidiaries, or affiliates which are publicly held or traded.

Dated: New York, NY
       December 21, 2007

                                Attorneys for Defendant
                                Orient Overseas Container Line, Ltd.

By:      /s/
Thomas L. Tisdale (TT5263)
Lauren C. Davies (LD1980)
Tisdale Law Offices, LLC
ttisdale@tisdale-law.com
ldavies@tisdale-law.com
11 West 42nd Street, Suite 900
New York, NY 10036
Tel: (212) 354-0025
Fax: (212) 869-0067

## AFFIRMATION OF SERVICE

I hereby certify that on December 21, 2007, a copy of the foregoing RULE 7.1 DISCLOSURE STATEMENT was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

/s/
Thomas L. Tisdale