UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

FULLER BOX CO., INC.,                                    :

              Plaintiff,                      :

        -against-                                     :

OOCL (USA) INC., *ET ANO*,                    :

                          :

             Defendants.
------------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/20/07

07 Civ. 9375 (SHS) (RLE)

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

____ Specific Non-Dispositive Motion/Dispute:*

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___ Settlement*

____ Inquest After Default/Damages Hearing

**XX** Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:

____ Habeas Corpus

____ Social Security

____ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: ___

All such motions: ____

Dated: New York, New York
       December 20, 2007

SO ORDERED:

Sidney H. Stein, U.S. District Judge

* Do not check if already referred for general pretrial.