UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/07

-----------------------------------------------------------------X

FULLER BOX CO., INC.

        Plaintiff,

v.

OOCL (USA) INC., and INTRANSIT CONTAINER, INC.

        Defendants.

-----------------------------------------------------------------

ECF CASE

07 CIV 9375 (Judge Stein)

**CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE**

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY STIPULATED by the undersigned:

    1.    All parties consent, pursuant to 28 U.S.C. § 643(c) and Fed. R. Civ. P. 73, that a United States Magistrate Judge conduct all further proceedings in this action, including any trial and entry of final judgment.

    2.    Any appeal from a judgment entered in this case will lie to the Court of Appeals for the Second Circuit as from any other judgment of the district court pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73(c).

Dated: New York, New York
       December 20, 2007

/s/ Patrick J. Corbett, Esq.
   Rubin, Fiorella & Friedman, LLP
   Attorneys for Plaintiff
   292 Madison Avenue, 11th Floor
   New York, New York 10017
   Telephone: (212) 953-2381

/s/ Barry N. Gutterman
   Barry N. Gutterman & Associates, P.C.
   Attorneys for Defendant Intransit Container, Inc.
   60 East 42nd Street, 46th Floor
   New York, New York 10165
   Telephone: 212-983-1466

/s/ Tom Tisdale, Esq.
/s/ Lauren Davies, Esq.
   Tisdale Law Offices
   Attorneys for Defendant OOCL (USA) Inc.
   11 West 42nd Street, Suite 900
   New York, NY 10036
   (212) 354-0025

07 Civ 9375 (SHS)

(Separately executed forms may be submitted. See Fed R. Civ. P. 73(b).)

SO ORDERED 12/20/07

Sidney H. Stein, U.S.D.J.

Magistrate Judge _____ was assigned this case on _____ .

For: Clerk U.S.D.C. S.D.N.Y.

2