```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FULLER BOX CO., INC.,

                Plaintiff,

      - against -

OOCL (USA) INC., et al.,

                Defendants.

**ORDER**

07 Civ. 9375 (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following a conference with the Court on February 26, 2008,

**IT IS HEREBY ORDERED** that the Parties submit a proposed discovery schedule to the Court by **March 4, 2008.**

**IT IS FURTHER ORDERED** that the Parties appear before the Court for a subsequent conference on **April 29, 2008, at 11:00 a.m.**

**SO ORDERED** this 26th day of February 2008
New York, New York

*/s/ Ronald L. Ellis*
The Honorable Ronald L. Ellis
United States Magistrate Judge