11 WEST 42ND STREET, SUITE 900
NEW YORK, NY 10036
(212) 354-0025
FAX: (212) 869-0067

TL@TISDALE-LAW.COM

# TISDALE
## LAW OFFICES, LLC

*New York, NY · Southport, CT*

10 SPRUCE STREET
SOUTHPORT, CT 06890
(203) 254-8474
FAX: (203) 254-1641

WWW.TISDALE-LAW.COM

May 16, 2008

*<u>Via ECF</u>*
Magistrate Ronald L. Ellis
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1970
New York, NY 10007

    Re:    **Fuller Box Company v. OOCL**
             **Docket no.: 07-9375**
             **Our file: 1770**

Honorable Sir:

    We represent the Defendant, Orient Overseas Container Line Ltd. in the above-referenced action. We are pleased to report that the parties have reached a settlement in principal and will be providing a Stipulation of Dismissal shortly in this matter.

    We appreciate your Honor's indulgence in this matter.

                                                  Respectfully yours,

                                                  Lauren C. Davies

dk

cc: *<u>Via Facsimile  212 953-2462</u>*
Patrick J. Corbett/
James E. Mercante
Rubin Fiorella and Friedman LLP
292 Madison Avenue
11th Floor
New York, NY 10017

*<u>Via Facsimile  212 983-1229</u>*
Barry N. Gutterman
Barry N. Gutterman & Associates, P.C
The Lincoln Building
60 East 42nd Street
46th Floor
New York, NY 10165