Barry N. Gutterman, Esq. (BG6410)
Barry N. Gutterman & Associates, P.C.
Attorneys for Defendant
Intransit Container, Inc.
60 East 42nd Street, 46th Floor
New York, New York 10165
(212) 983-1466

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X
FULLER BOX CO., INC.

    Plaintiff,

v.

OOCL (USA) INC., and INTRANSIT CONTAINER, INC.

    Defendants.

-----------------------------------------------------------

ECF CASE

07 CIV 9375

(Judge Stein) (RLE)

  IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties herein, that the above-entitled action has been settled and therefore, may be and is hereby discontinued, pursuant to Rule 41(a)(i)(ii) of the Federal Rules of Civil Procedure, with prejudice, without costs, and subject to the right, upon application made by any party within thirty (30) days of the entry of this Order, to reopen the action if the settlement is not fully consummated.

Dated:      New York, New York
            May 16, 2008

>   **RUBIN, FIORELLA & FRIEDMAN, LLP**
>   *Attorneys for Plaintiff*
>
>   By: _____
>   Patrick J. Corbett, Esq. (PC 2076)
>   292 Madison Avenue, 11th Floor
>   New York, New York 10017
>   Telephone: (212) 953-2381
>
>
>   **BARRY N. GUTTERMAN & ASSOCIATES, P.C.**
>   *Attorneys for Defendant Intransit Container Corp.*
>
>   By: _____
>   Barry N. Gutterman, Esq. (BG-6410)
>   60 E. 42nd Street – 46th Floor
>   New York, NY 10165-0009
>   (212) 983-1466
>
>
>   **TISDALE LAW OFFICES, LLC**
>   *Attorneys for Plaintiff OOCL (USA), INC.*
>
>   By: _____
>   Lauren C. Davies (LD1980)
>   11 West 42nd Street, Suite 900
>   New York, New York 10036
>   Telephone: (212) 354-0025

SO ORDERED:

_____
Honorable Ronald L. Ellis
United States Magistrate Judge